IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

MINNESOTA MINING AND MANUFACTURING COMPANY,

Plaintiff,

v.

THE KENNEDY GROUP INCORPORATED,

Defendant.

CIVIL ACTION NO. 01-CV-1981 PAM/JGL

**ORDER GRANTING EXTENSION OF TIME TO DEFENDANT TO FILE ANSWER OR OTHERWISE PLEAD IN RESPONSE TO PLAINTIFF'S COMPLAINT**

On this day came on for consideration the parties' Stipulated Motion for Extension of Time to File Answer or Otherwise Plead. Having found that the motion should be granted,

IT IS THEREFORE ORDERED that Defendant shall have up to and including December 10, 2001 to file and serve their answer or otherwise respond to Plaintiff's Complaint.

Signed this 30 day of Nov., 2001.

U.S. District Court
U.S. Mag. Judge

FILED NOV 30 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

25098256.1